

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

Manuel Villareal,

                  Defendant.

CASE NO. 09CR1496-W

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense of:21 USC 952,960.

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/22/09

                           Thomas J. Whelan
                           UNITED STATES DISTRICT JUDGE